UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephan Nicholas Holmes,<br><br>      Plaintiff,<br><br>v.<br><br>County of Ramsey; Ramsey County Correctional Health; Ramsey County Sheriff's; Kristen, *Ramsey County Health Service ADI Supervisor*; Rodriguez, *Lt.*; Vanvraahen, *Dr.*; Jane Does 1-4, *Ramsey County Corrections Officers*; Jane Does 4-10, *Nurses at the Ramsey County ADI*; John Does 1-14, *Ramsey County Sheriff Officers*,<br><br>      Defendants. | Civ. No. 24-2879 (JWB/DJF)<br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

      United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on September 4, 2024. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review of the R&R, no clear error is found.

      Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

      1.      The September 4, 2024 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

      2.      This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 23, 2024				  *s/ Jerry W. Blackwell*
						JERRY W. BLACKWELL
						United States District Judge